BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-11-066 GEB |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| LEONEL SAMUEL TAPIA-MARTINEZ, aka Leonal Samuel Tapia, aka Leonel Martinez, | |
| Defendant. | |

The parties request that the status conference in this case be continued from April 1, 2011 to April 8, 2011 at 9:00 a.m. They stipulate that the time between April 1, 2011 and April 8, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties need additional time to investigate the facts of this case, including time to review the forthcoming pre-plea investigation report. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

1

§(7)(B)(iv).

Dated:  March 29, 2011                          Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Michele Beckwith*
                                      By:  Michele Beckwith
                                                Assistant U.S. Attorney

Dated: March 29, 2011

                                                */s/ Tim Zindel*
                                                TIMOTHY ZINDEL
                                                Attorney for Defendant

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 1, 2011 be continued to April 8, 2011, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the April 15, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:  April 1, 2011

                                          GARLAND E. BURRELL, JR.
                                            United States District Judge