1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   LEONEL TAPIA-MARTINEZ
7

8

9

10            IN THE UNITED STATES DISTRICT COURT

11         FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,       ) No. 2:11-CR-0066 GEB
                                     )
14            Plaintiff,             )
                                     ) **STIPULATION AND ORDER TO**
15      v.                           ) **CONTINUE STATUS**
                                     ) **CONFERENCE AND EXCLUDE TIME**
16  LEONEL TAPIA-MARTINEZ,           )
                                     )
17            Defendant.             ) Date:  April 8, 2011
                                     ) Time:  9:00 a.m.
18  _____ ) Judge: Garland E. Burrell, Jr.

19

20       The parties request that the status conference in this case be

21  continued from April 8, 2011, to May 6, 2011, at 9:00 a.m.  They

22  stipulate that, for the reasons stated below, the time between

23  April 8, 2011, and May 6, 2011, should be excluded from the

24  calculation of time under the Speedy Trial Act.  The parties stip-

25  ulate that the ends of justice are served by the Court excluding

26  such time, so that both counsel may have reasonable time necessary

27  for effective preparation, taking into account the exercise of due

28  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

1

1    The Probation Office has yet to complete its pre-plea

2  presentence report concerning Mr. Tapia-Martinez.  That report is

3  essential to the parties' discussions regarding resolution of the

4  case.   The parties stipulate and agree that the interests of

5  justice served by granting this continuance therefore outweigh the

6  best interests of the public and the defendant in a speedy trial.

7  18 U.S.C. §3161(h)(7)(B)(iv).

8                                  Respectfully submitted,

9                                  DANIEL J. BRODERICK
                                   Federal Defender
10

11  Dated:  April 7, 2011          /s/ T. Zindel_____
                                   TIMOTHY ZINDEL
12                                 Assistant Federal Defender
                                   Attorney for Mr. Tapia-Martinez
13

14                                 BENJAMIN B. WAGNER
                                   United States Attorney
15

16  Dated:  April 7, 2011          /s/ T. Zindel for M. Beckwith__
                                   MICHELE BECKWITH
17                                 Assistant U.S. Attorney

18

19                              **ORDER**

20    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it

21  is ordered that the status conference presently set for April 8,

22  2011, be continued to May 6, 2011, at 9:00 a.m.  Based on the

23  representation of counsel and good cause appearing therefrom, the

24  Court hereby finds that the ends of justice to be served by

25  granting a continuance outweigh the best interests of the public

26  and the defendant in a speedy trial.  It is ordered that time from

27  the date of this Order, to and including, the May 6, 2011, status

28  conference shall be excluded from computation of time within which

2

the trial of this matter must be commenced under the Speedy Trial
Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated:  April 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge