```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LEONEL TAPIA-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0066 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER TO CONTINUE STATUS** |
|  | ) **CONFERENCE AND EXCLUDE TIME** |
| LEONEL TAPIA-MARTINEZ, | ) |
| Defendant. | ) Date: May 6, 2011 |
|  | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from May 6, 2011, to May 13, 2011, at 9:00 a.m.  They stipulate that, for the reasons stated below, the time between May 6, 2011, and May 13, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Counsel just received the pre-plea presentence report and needs additional time to review with Mr. Tapia-Martinez.  The

Stipulation and Order                1

parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 3, 2011        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Mr. Tapia-Martinez

BENJAMIN B. WAGNER
United States Attorney

Dated: May 3, 2011        /s/ T. Zindel for M. Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

**ORDER**

The status conference is continued to May 13, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through May 13, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 10, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order        2