```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONEL TAPIA-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LEONEL TAPIA-MARTINEZ,<br><br>      Defendant. | No. 2:11-CR-0066 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: May 13, 2011<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

     The parties request that the status conference in this case be continued from May 13, 2011, to May 20, 2011, at 9:00 a.m. They stipulate that, for the reasons stated below, the time between May 13, 2011, and May 20, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

///

Stipulation and Order                                    1

Counsel just received the pre-plea presentence report and needs additional time to review with Mr. Tapia-Martinez. The parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

           Respectfully submitted,

           DANIEL J. BRODERICK
           Federal Defender

Dated: May 12, 2011   /s/ T. Zindel
           TIMOTHY ZINDEL
           Assistant Federal Defender
           Attorney for Mr. Tapia-Martinez


           BENJAMIN B. WAGNER
           United States Attorney

Dated: May 12, 2011   /s/ T. Zindel for M. Beckwith
           MICHELE BECKWITH
           Assistant U.S. Attorney

**ORDER**

The status conference is continued to May 20, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through May 20, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 12, 2011

           GARLAND E. BURRELL, JR.
           United States District Judge