DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONEL TAPIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-0066 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO CONTINUE STATUS** |
| ) | **CONFERENCE AND EXCLUDE TIME** |
| LEONEL TAPIA-MARTINEZ, ) | |
| Defendant. ) | Date: May 20, 2011 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from May 20, 2011, to June 24, 2011, at 9:00 a.m. They stipulate that, for the reasons stated below, the time between May 20, 2011, and June 24, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

///

Stipulation and Order                1

1    Counsel requests additional time to conduct an extensive
2 review of defendant's immigration history before deciding how to
3 proceed.  The parties stipulate and agree that the interests of
4 justice served by granting this continuance therefore outweigh the
5 best interests of the public and the defendant in a speedy trial.
6 18 U.S.C. §3161(h)(7)(B)(iv).

```
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

Dated:  May 18, 2011               /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for Mr. Tapia-Martinez


                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated:  May 18, 2011               /s/ T. Zindel for M. Beckwith
                                   MICHELE BECKWITH
                                   Assistant U.S. Attorney
```

**ORDER**

The status conference is continued to June 24, 2011, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through June 24, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 18, 2011

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                    2