DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONEL TAPIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-0066 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **CONFERENCE AND EXCLUDE TIME** |
| LEONEL TAPIA-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | Date   June 24, 2011 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from June 24, 2011, to August 12, 2011, at 9:00 a.m. They stipulate that, for the reasons stated below, the time between June 24, 2011, and August 12, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

///

Stipulation and Order                    1

1   Counsel requests additional time to conduct an extensive
2   review of defendant's immigration history before deciding how to
3   proceed.   The parties stipulate and agree that the interests of
4   justice served by granting this continuance therefore outweigh the
5   best interests of the public and the defendant in a speedy trial.
6   18 U.S.C. §3161(h)(7)(B)(iv).

7                                    Respectfully submitted,

8                                    DANIEL J. BRODERICK
                                     Federal Defender
9
10  Dated:  June 21, 2011            /s/ T. Zindel
                                     TIMOTHY ZINDEL
11                                   Assistant Federal Defender
                                     Attorney for Mr. Tapia-Martinez
12
                                     BENJAMIN B. WAGNER
13                                   United States Attorney

14
15  Dated:  June 21, 2011            /s/ T. Zindel for M. Beckwith
                                     MICHELE BECKWITH
16                                   Assistant U.S. Attorney

                                     **ORDER**
17
18       The status conference is continued to August 12, 2011, at 9:00

19  a.m.  For the reasons set forth above, the court finds that the

20  ends of justice to be served by a continuance outweigh the best

21  interests of the public and the defendant in a speedy trial and

22  therefore excludes time through August 12, 2011, pursuant to 18

23  U.S.C. § 3161(h)(7)(A) and (B)(iv).

24       IT IS SO ORDERED.

25  Dated:  July 1, 2011

26
27                                   _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge
28

Stipulation and Order               2