1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LEONEL TAPIA-MARTINEZ
6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        ) No. 2:11-CR-0066 GEB
                                     )
13          Plaintiff,               )
                                     ) **STIPULATION AND [PROPOSED]**
14      v.                           ) **ORDER TO CONTINUE STATUS**
                                     ) **CONFERENCE AND EXCLUDE TIME**
15  LEONEL TAPIA-MARTINEZ,           )
                                     )
16          Defendant.               ) Date   August 12, 2011
                                     ) Time:  9:00 a.m.
17  _____ ) Judge: Garland E. Burrell, Jr.

18

19      The parties request that the status conference in this case be

20  continued from August 12, 2011, to August 26, 2011, at 9:00 a.m.

21  They stipulate that, for the reasons stated below, the time between

22  August 12, 2011, and August 26, 2011, should be excluded from the

23  calculation of time under the Speedy Trial Act.   The parties

24  stipulate that the ends of justice are served by the Court

25  excluding such time, so that both counsel may have reasonable time

26  necessary for effective preparation, taking into account the

27  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

28      Counsel requests additional time to conduct an extensive

Stipulation and Order          1

1  review of defendant's immigration history before deciding how to

2  proceed.    The parties stipulate and agree that the interests of

3  justice served by granting this continuance therefore outweigh the

4  best interests of the public and the defendant in a speedy trial.

5  18 U.S.C. §3161(h)(7)(B)(iv).

6                                    Respectfully submitted,

7                                    DANIEL J. BRODERICK
                                     Federal Defender
8

9  Dated:  August 10, 2011          /s/ T. Zindel
                                     TIMOTHY ZINDEL
10                                   Assistant Federal Defender
                                     Attorney for Mr. Tapia-Martinez
11
                                     BENJAMIN B. WAGNER
12                                   United States Attorney

13 Dated:  August 10, 2011          /s/ T. Zindel for M. Beckwith
                                     MICHELE BECKWITH
14                                   Assistant U.S. Attorney

15                             **ORDER**

16
        The status conference is continued to August 26, 2011, at 9:00
17
   a.m.   For the reasons set forth above, the court finds that the
18
   ends of justice to be served by a continuance outweigh the best
19
   interests of the public and the defendant in a speedy trial and
20
   therefore excludes time through August 26, 2011, pursuant to 18
21
   U.S.C. § 3161(h)(7)(A) and (B)(iv).
22
        IT IS SO ORDERED.
23

24 Dated:  August 15, 2011

25

26                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
27

28