DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONEL TAPIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>LEONEL TAPIA-MARTINEZ,<br><br>            Defendant. | No. 2:11-CR-0066 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date   August 26, 2011<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from August 26, 2011, to November 4, 2011, at 9:00 a.m. They stipulate that, for the reasons stated below, the time between August 26, 2011, and November 4, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Counsel requests additional time to conduct an extensive review of defendant's immigration history before deciding how to proceed. However, I will be gone on family medical leave from

Stipulation and Order                   1

September 12, 2011 for 5 weeks and will not be available to complete that task until I return. The parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: August 24, 2011       /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Mr. Tapia-Martinez


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: August 24, 2011       /s/ T. Zindel for M. Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

**ORDER**

    The status conference is continued to November 4, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through November 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: August 25, 2011

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge