1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LEONEL TAPIA-MARTINEZ
6

7
             IN THE UNITED STATES DISTRICT COURT
8
           FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,      ) No. 2:11-CR-0066 GEB
                                  )
12         Plaintiff,             )
                                  ) **STIPULATION AND [PROPOSED]**
13    v.                          ) **ORDER TO CONTINUE STATUS**
                                  ) **CONFERENCE AND EXCLUDE TIME**
14 LEONEL TAPIA-MARTINEZ,         )
                                  )
15         Defendant.             ) Date   November 4, 2011
                                  ) Time:  9:00 a.m.
16 _____) Judge: Garland E. Burrell, Jr.

17      The parties request that the status conference in this case be

18 continued from November 4, 2011, to December 9, 2011, at 9:00 a.m.

19 They stipulate that, for the reasons stated below, the time between

20 November 4, 2011, and December 9, 2011, should be excluded from the

21 calculation of time under the Speedy Trial Act.   The parties

22 stipulate that the ends of justice are served by the Court

23 excluding such time, so that both counsel may have reasonable time

24 necessary for effective preparation, taking into account the

25 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

26      The defense is investigating a possible challenge to past

27 removal orders in Mr. Tapia's case and is consulting with an

28 expert. Counsel must submit a second request for the audio record

Stipulation and Order          1

of Mr. Tapia's initial removal proceedings and is also seeking additional records in order to complete this review. The parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated:  November 1, 2011      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for Mr. Tapia-Martinez


                              BENJAMIN B. WAGNER
                              United States Attorney

Dated:  November 1, 2011      /s/ T. Zindel for M. Beckwith
                              MICHELE BECKWITH
                              Assistant U.S. Attorney

                              **ORDER**

    The status conference is continued to December 9, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through December 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  November 1, 2011


                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

Stipulation and Order              2