```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   LEONEL TAPIA-MARTINEZ
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0066 GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE AND EXCLUDE TIME** |
| LEONEL TAPIA-MARTINEZ, | ) |
| Defendant. | ) Date   January 27, 2012 |
| | ) Time:  9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

    The parties hereby stipulate and agree that that the status conference in this case may be continued from January 27, 2012, to February 24, 2012, at 9:00 a.m.  The parties further stipulate and agree that, for the reasons stated below, the time between January 27, 2012, and February 24, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties agree that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Stipulation and Order                 1

A defense expert is still reviewing records of Mr. Tapia's prior removal proceeding and will not be able to meet with counsel until the second week in February. Additional time is needed thereafter to discuss future proceedings and possible resolution of the case. The parties therefore stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated: January 25, 2012         /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for Mr. Tapia-Martinez

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: January 25, 2012         /s/ T. Zindel for M. Beckwith
                                MICHELE BECKWITH
                                Assistant U.S. Attorney

**ORDER**

The status conference is continued to February 24, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through February 24, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 25, 2012

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stipulation and Order                    2