```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LEONEL TAPIA-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEONEL TAPIA-MARTINEZ, <br><br> Defendant. | No. 2:11-CR-0066 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date   February 24, 2012 <br> Time:  9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

The parties hereby stipulate and agree that the status conference in this case may be continued from February 24, 2012, to March 23, 2012, at 9:00 a.m. The parties further stipulate and agree that, for the reasons stated below, the time between February 24, 2012, and March 23, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties agree that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

///

1

1    The defense seeks additional time for necessary preparation
2 and review. First, the Executive Office of Immigration Review,
3 asked to provide tapes of Mr. Tapia's 1999 removal proceeding,
4 has twice sent defense counsel the wrong tapes. Counsel must
5 obtain and review the correct tapes to determine whether grounds
6 exist to challenge the indictment based on flaws in Mr. Tapia's
7 removal (several possible challenges are suggested by available
8 records). Second, Mr. Tapia's case has proved to be unusually
9 complex because of his mental state combined with a history of
10 victimization in Mexico. Defense counsel is consulting with an
11 immigration attorney to determine whether Mr. Tapia has any
12 chance of obtaining lawful status once his case is concluded.
13    The parties therefore stipulate and agree that the interests
14 of justice served by granting this continuance outweigh the best
15 interests of the public and the defendant in a speedy trial. 18
16 U.S.C. §3161(h)(7)(B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: February 22, 2012                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Mr. Tapia-Martinez


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: February 22, 2012                /s/ T. Zindel for M. Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

2

**ORDER**

The status conference is continued to March 23, 2012, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through March 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  February 22, 2012

GARLAND E. BURRELL, JR.
United States District Judge