```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   LEONEL TAPIA-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0066 GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE AND EXCLUDE TIME** |
| LEONEL TAPIA-MARTINEZ, | ) |
| Defendant. | ) Date   March 23, 2012 |
| | ) Time:  9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

The parties hereby stipulate that the status conference in this case may be continued one week to March 30, 2012, at 9:00 a.m. The parties further stipulate and agree that, for the reasons stated below, the time between March 23, 2012, and March 30, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties agree that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

1

1  The defense seeks additional time for necessary preparation
2 and review.  Counsel finally received the tape of Mr. Tapia's
3 1999 removal proceeding but seeks additional time to consider
4 whether to bring a motion challenging Mr. Tapia's past removal
5 (several challenges are suggested by the record).  Mr. Tapia's is
6 also unusually complex because of his mental state combined with
7 a history of victimization in Mexico, so counsel is proceeding
8 with caution.  The parties stipulate that the interests of
9 justice served by granting this continuance outweigh the best
10 interests of the public and the defendant in a speedy trial.  18
11 U.S.C. §3161(h)(7)(B)(iv).

12                              Respectfully submitted,

13                              DANIEL J. BRODERICK
                                Federal Defender
14

15 Dated:  March 22, 2012       /s/ T. Zindel
                                TIMOTHY ZINDEL
16                              Assistant Federal Defender
                                Attorney for Mr. Tapia-Martinez
17

18
                                BENJAMIN B. WAGNER
19                              United States Attorney

20 Dated:  March 22, 2012       /s/ T. Zindel for M. Beckwith
                                MICHELE BECKWITH
21                              Assistant U.S. Attorney

22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

2

**ORDER**

The status conference is continued to March 30, 2012, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through March 30, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 23, 2012

GARLAND E. BURRELL, JR.
United States District Judge