```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRISTOPHER S. HALES
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-11-066 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S MOTION TO |
| | ) | DISMISS UNDERLYING |
| LEONEL TAPIA-MARTINEZ, | ) | INDICTMENT AND VACATE STATUS |
| aka Leonal Samuel Tapia, | ) | CONFERENCE; [PROPOSED] ORDER |
| aka Leonel Martinez, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government hereby moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Indictment in this case (Dkt. #6) and to vacate the status conference that is currently set for Friday, June 22, 2012 at 9 a.m.

On June 20, 2012, the parties came before United States Magistrate Judge Gregory G. Hollows. The defendant pleaded guilty to a superseding information charging a single misdemeanor violation of 8 U.S.C. § 1325(a) - Avoidance of Examination by Immigration Officers. Consistent with the plea agreement reached by the parties, defendant changed his plea and was sentenced on the same day to credit for time served.

In light of defendant's guilty plea and sentencing on the

1

superseding information, and pursuant to the provisions of the plea agreement entered by the parties, the government now hereby moves to dismiss the underlying indictment (Dkt. #6).

By previous order, this matter was set for a status conference on June 22, 2012 at 9 a.m.  Defendant's guilty plea and sentencing to the superseding information, coupled with dismissal of the Indictment, eliminates the need for the June 22, 2012 status conference or any further proceedings in this matter. The government therefore hereby respectfully requests that the June 22 status conference be vacated and that no further proceedings be scheduled in this case unless and until further order of this court.

Dated: June 21, 2012            Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Christopher S. Hales
                           By:  CHRISTOPHER S. HALES
                                Special Assistant U.S. Attorney

2

**ORDER**

UPON GOOD CAUSE SHOWN for the reasons stated in the government's motion, and pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby ordered that the underlying indictment in this case (Dkt. #6) is dismissed.  The status conference scheduled for June 22, 2012, at 9:00 a.m. is hereby vacated.  No further proceedings will be scheduled in this matter unless and until further order of this court.

Dated:  June 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge