**FILED**
June 22, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | Case No. 2:11CR00066-GGH |
| Plaintiff,      ) | |
| v.                                                     ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LEONEL SAMUEL TAPIA-MARTINEZ, ) | |
| ) | |
| Defendant.           ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LEONEL SAMUEL TAPIA-MARTINEZ ,

Case No.  2:11CR00066-GGH  , Charge  18USC § 1325(a)(2)  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

    X    Release ~~on Personal Recognizance~~

    __    Bail Posted in the Sum of $__

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            __    (Other)  __

Issued at  Sacramento, CA  on  June 22, 2012  at  9:11 am  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court